UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPRABHJOT SINGH (A-Number: 206-595-440), Petitioner, v. CHESTNUT, CHRISTOPHER, Facility Administrator of CALIFORNIA CITY CORRECTIONS, et al., Respondents. | No.  1:26-cv-04568-KES-EPG (HC) ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN TEN (10) DAYS Doc. 2 |

Petitioner Harprabhjot Singh is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.  Docs. 1, 2.  The Court set a briefing schedule on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders addressing 8 U.S.C. § 1226(a).  Doc. 5.  Respondents state that they do not "dispute that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a post-deprivation bond hearing or custody redetermination hearing upon his request."  *See* Doc. 7 at 1.  Given this concession, the petition for writ of habeas corpus is GRANTED to the extent it seeks a bond hearing pursuant to 8 U.S.C. § 1226(a).

Respondents are ORDERED to provide petitioner Harprabhjot Singh (A-Number: 206-595-440) with a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations within ten (10) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours'

1

written notice before the bond hearing.  If respondents do not provide petitioner with a bond hearing within ten days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner.  The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    June 18, 2026

_____
UNITED STATES DISTRICT JUDGE